UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 16-40382-TJT
Stephanie Carol Steen  CHAPTER 13 PROCEEDINGS
 HON. THOMAS J. TUCKER

_____Debtor_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| CLERK EFT UNCLAIMED FUNDS C/O CH. 13 TRUSTEE EFT ACCT 535 GRISWOLD SUITE 111-615 DETROIT, MI 48226-0000 | 12 | 5.00 | ' WHOLLY UNSEC I | 2190082 | 10/1/21 | $6,287.50 |

DATED: October 07, 2021

/s/ TAMMY L. TERRY
_____
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD STREET
SUITE 2100
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 16-40382-TJT |
| Stephanie Carol Steen | CHAPTER 13 PROCEEDINGS |
| | HON. THOMAS J. TUCKER |
| Debtor | |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entit[ies] pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effo[rt to] verify the correct mailing address for said entities and deliver the funds before presenting this notic[e.] More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names a[nd] claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the a[bove] captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District [of] Michigan, to effect closing of this estate.

**Attorney Information:**

**FREGO & ASSOCIATES**
**23843 JOY ROAD, SUITE 4**
**DEARBORN HEIGHTS, MI  48127**

**Last Known Address for Debtor:**

**STEPHANIE CAROL STEEN**
**25930 HASS**
**DEARBORN HEIGHTS, MI  48127**

DATED:  October 07, 2021

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD STREET
SUITE 2100
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| IN THE MATTER OF: | CASE NO. 16-40382-TJT |
| --- | --- |
| Stephanie Carol Steen | CHAPTER 13 PROCEEDINGS |
| | HON. THOMAS J. TUCKER |
| Debtor | |

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| CITIMORTAGE P.O. BOX 183040 COLUMBUS, OH 43218-3040 | 12 | 5.00 | ' WHOLLY UNSEC I | 2190082 | 10/1/21 | $6,287.50 |

DATED: October 07, 2021

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD STREET
SUITE 2100
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 16-40382-TJT |
| Stephanie Carol Steen | CHAPTER 13 PROCEEDINGS |
| | HON. THOMAS J. TUCKER |
| Debtor | |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entit[ies] pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effo[rt to] verify the correct mailing address for said entities and deliver the funds before presenting this notic[e.] More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names a[nd] claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the a[bove] captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District [of] Michigan, to effect closing of this estate.

**Attorney Information:**

**FREGO & ASSOCIATES**
**23843 JOY ROAD, SUITE 4**
**DEARBORN HEIGHTS, MI 48127**

**Last Known Address for Debtor:**

**STEPHANIE CAROL STEEN**
**25930 HASS**
**DEARBORN HEIGHTS, MI 48127**

DATED: October 07, 2021

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD STREET
SUITE 2100
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 16-40382-TJT
Stephanie Carol Steen  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

_____Debtor_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| CITIMORTGAGE INC<br>1000 TECHNOLOGY DR<br>MS100<br>O FALLON, MO 63368-2240 | 12 | 5.00 | ' WHOLLY UNSEC I | 2190082 | 10/1/21 | $6,287.50 |

DATED: October 07, 2021

/s/ TAMMY L. TERRY
_____
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD STREET
SUITE 2100
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 16-40382-TJT |
| Stephanie Carol Steen | CHAPTER 13 PROCEEDINGS |
| | HON. THOMAS J. TUCKER |
| Debtor | |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entit[ies] pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effo[rt to] verify the correct mailing address for said entities and deliver the funds before presenting this notic[e.] More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names a[nd] claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the a[bove] captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District [of] Michigan, to effect closing of this estate.

**Attorney Information:**

**FREGO & ASSOCIATES**
**23843 JOY ROAD, SUITE 4**
**DEARBORN HEIGHTS, MI  48127**

**Last Known Address for Debtor:**

**STEPHANIE CAROL STEEN**
**25930 HASS**
**DEARBORN HEIGHTS, MI  48127**

| | |
|---|---|
| | /s/ TAMMY L. TERRY |
| DATED:  October 07, 2021 | TAMMY L. TERRY, STANDING CHAPTER 13 TRUSTEE |
| | 535 GRISWOLD STREET |
| | SUITE 2100 |
| | DETROIT, MI 48226 |